**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| LEWIS ANDERSON,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>SCOTT H. MCEWEN, Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-1151-MMM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, records on file and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: August 31, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　United States District Judge