JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| LEWIS ANDERSON,<br><br>          Petitioner,<br><br>          v.<br><br>SCOTT H. MCEWEN, Warden,<br><br>          Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. EDCV 11-1151-MMM (MLG)<br><br>JUDGMENT |

     IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 31, 2011

_____
Margaret M. Morrow
United States District Judge